BUCHALTER NEMER
A Professional Corporation
RICHARD P. ORMOND (SBN: 207442)
WILLIAM M. MILLER (SBN: 216289)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: rormond@buchalter.com

Attorneys for Plaintiff
CONTINENTAL BUSINESS CREDIT, INC., a
California corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL BUSINESS CREDIT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHECKMATE CASH ADVANCE CENTERS, LLC, a Delaware limited liability company, CHECKMATE CASH ADVANCE CENTERS, ALABAMA, LLC, an Alabama limited liability company, CHECKMATE, CASH ADVANCE CENTERS, SOUTH CAROLINA, LLC, a South Carolina limited liability company, CHECKMATE CASH ADVANCE CENTERS, WISCONSIN, LLC, a Wisconsin limited liability company, TITLEMATE CASH ADVANCE, LLC, a Delaware limited liability company, and TITLEMATE CASH ADVANCE, SC, LLC, a South Carolina limited liability company, JAMES C. RICHARDS, an individual, CATHERINE HART, an individual,<br><br>Defendants. | Case No. CV-10-3206 VBF (SSx)<br><br>[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF ON ITS MOTION FOR SUMMARY JUDGMENT |

The Court, having considered plaintiff Continental Business Credit, Inc.'s, ("Continental") Motion for Summary Judgment or, Alternatively, for Partial Summary Judgment against defendants James C. Richards ("Richards") and Catherine Hart ("Hart"), Continental's supporting papers and evidence, the opposition papers of Richards and Hart, the record on file in this action, and the arguments of counsel, in accordance with the Court's June 14, 2011 Order, a true and correct copy of which is attached hereto as "Exhibit A," the Court finds and adjudicates that:

1. Richards and Hart are jointly and severally liable under the Validity Guaranties, dated December 28, 2006, for all Obligations[1] under the Loan Agreement entered into on January 8, 2007.

2. That Continental has been damaged by Hart and Richard's breach of the Validity Guaranty in the amount of $440,803.05, plus accrued interest of 16.2%. The total amount of accrued interest is $10,857.72.

Accordingly, IT IS HEREBY ADJUDICATED AND DECREED that defendants James C. Richards and Catherine Hart are joint and severally liable on Continental's Fifth, Sixth, Seventh, and Eighth Claims for breach of guaranty and money due in the total amount of $451,660.77.

IT IS SO ORDERED.

Dated: 7-11-11

*Valerie Baker Fairbank*

The Hon. Valerie B. Fairbank
United States District Judge

BN 9456979v1

---

[1] As defined in the Loan Agreement dated January 8, 2007.

EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 10-3206-VBF(SSx)**                               Dated: **June 14, 2011**

Title:   Continental Business Credit, Inc. -v- Checkmate, Cash Advance Centers, LLC, et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

        Joseph Remigio                        None Present
        Courtroom Deputy                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                          None Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER RE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT [DKT. #112]**

     Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. **The hearing set on this Motion for June 20, 2011 at 1:30 p.m. is hereby vacated and the matter is taken off calendar.**

     The Court has received Plaintiff's Motion for Summary Judgment or, Alternatively, for Partial Summary Judgment (dkt. #112); Continental Business Credit's Reply to Defendants Catherine Hart and James Richards' Response to its Motion for Summary Judgment, or Alternatively Partial Summary Judgment (dkt. #124); Defendant James C. Richards' Response to Plaintiff's Motion for Summary Judgment (dkt. #125); Defendant James C. Richards' Statement of Genuine Issues of Material Fact in Opposition to Plaintiffs' Motion for Summary Judgment (dkt. #126); Defendant Catherine Hart's Statement of Genuine Issues of Material Fact in Opposition to Plaintiffs' Motion for Summary Judgment (dkt. #127); Defendant Catherine Hart's Declaration in Support of her Response to Plaintiff's Motion for Summary Judgment or Alternatively, for Partial Summary Judgment (dkt.

MINUTES FORM 90                          Initials of Deputy Clerk    jre
CIVIL - GEN

#128); and related documents. For reasons stated herein, the Court **GRANTS** Plaintiff's Motion for Summary Judgment in its entirety.

On April 25, 2011, Plaintiff filed Motion for Summary Judgment or, Alternatively, for Partial Summary Judgment (dkt. #112) against Defendants James C. Richards and Catherine Hart. On May 23, 2011, Defendant James C. Richards and Defendant Catherine Hart each individually filed Responses to Plaintiff's Motion for Summary Judgment. The Court struck both responses (dkts. #120, 123), as both responses were in violation of, inter alia, Local Rule 11-6 (exceeded 25 pages), Local Rule 56-2 (statements of genuine disputes of material fact lacking), and Federal Rule of Civil Procedure 5(d) (no proofs of service attached).

On May 27, 2011, Defendant James C. Richards and Defendant Catherine Hart each individually filed second Responses to Plaintiff's Motion for Summary Judgment. The Court struck both responses (dkts. #121, 122), as both responses were in violation of, inter alia, Local Rule 56-2 (statements of genuine disputes of material fact lacking) and Federal Rule of Civil Procedure 5(d) (no proofs of service attached).

On June 13, 2011, Defendant James C. Richards filed Response to Plaintiff's Motion for Summary Judgment (dkt. #125) and Statement of Genuine Issues of Material Fact in Opposition to Plaintiff's Motion for Summary Judgment (dkt. #126). On the same date, Defendant Catherine Hart filed Statement of Genuine Issues of Material Fact in Opposition to Plaintiff's Motion for Summary Judgment (dkt. #127) and Declaration in Support of her Response to Plaintiff's Motion for Summary Judgment or Alternatively, for Partial Summary Judgment (dkt. #128). These responses and related documents are untimely, as they were filed 7 days before the hearing scheduled for June 20, 2011, while Local Rule 7-9 provides that oppositions shall be filed no later than 21 days before a scheduled hearing. Additionally, the responses rest upon the declaration of Catherine Hart (dkt. #128). This declaration does not constitute sufficient evidence to support oppositions to a motion for summary judgment, as the statements made by Hart are self serving and lacking adequate foundation. For these reasons, the Court finds that the responses are defective and such documents fail to raise triable issues.

Despite ample opportunity, neither Defendant has filed an adequate opposition to Plaintiff's Motion for Summary Judgment. For these reasons, the Court would **GRANT** Plaintiff's Motion for Summary Judgment. See Local Rule 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.") Furthermore, on the merits, the moving Party meets its burden, and Plaintiff's Motion for Summary Judgment would be granted on that ground as well.

MINUTES FORM 90                          Initials of Deputy Clerk ___jre___
CIVIL - GEN